IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE MARIE FILLBRANDT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-2076 |
| | : | |
| MICHAEL J. ASTRUE | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY ADMINISTRATION | : | |

## **ORDER**

AND NOW, this 30th day of September, 2009, after consideration of the pleadings and record and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, and Plaintiff's Objections, it is hereby ORDERED the Report and Recommendation is APPROVED and ADOPTED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.